# Court of Appeals
# of the State of Georgia

ATLANTA, March 09, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0037. BRITTAIN v. BSREP II WS ALPHARETTA LLC et al.

Lisa L. Brittain's emergency motion for an extension of time in which to file an application for discretionary review, having been filed in accordance with this Court's rules and in the exercise of our discretion, is hereby GRANTED until March 17, 2023.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/09/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*